**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

ENVIRONMENTAL
WOOD PRODUCTS, INC.,

                Plaintiff,

v.                                                                   Civil Action No.: 619cv57

  HALL & NAVARRO, LLC AND
  RENASANT BANK,

                Defendants

## <u>ORDER</u>

Plaintiff Environmental Wood Products, Inc. and Defendants Hall & Navarro, LLC and Renasant Bank jointly moved that these proceedings be stayed pending the resolution of Plaintiff's Motion to Remand, Doc. 8, and Defendants' Joint Motion to Reopen Bankruptcy Case *In re: Environmental Wood Products, Inc*. Doc. 7. The Court directed parties to clarify whether they are currently engaged in bankruptcy proceedings. Doc. 12. The parties submitted an Amended Rule 26(f) Report, clarifying that no party is currently involved in a bankruptcy proceeding, requiring an automatic stay of this action. Doc. 19. Having reviewed the parties' submissions and being satisfied that good cause has been shown, the Motion to Stay is **GRANTED**

Discovery and all other deadlines are stayed pending the disposition of the Plaintiff's Motion to Remand and Defendant's Joint Motion to Reopen Bankruptcy Case.

**SO ORDERED**, this 13th day of August, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA